# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIE ANN JACKSON,<br><br>              Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC<br>AND DOES 1 THROUGH 10,<br><br>              Defendants. | Case No. CV12-01799 JAK (JCx)<br>The Hon. John A. Kronstadt<br><br>**JUDGMENT**   **JS-6**<br><br>Hearing Date:<br>Date:    December 10, 2012<br>Time:    8:30 a.m.<br>Ctrm:    750<br><br>FAC Filed:            September 5, 2012<br>Complaint Filed:    March 2, 2012<br>Trial Date:           None |

Pursuant to the minute order issued by this Court on December 11, 2012 (Dkt. No. 35), and amended on December 18, 2012 (Dkt. No. 40),  granting Aurora Loan Services LLC's (**Aurora**) Motion to Dismiss plaintiff Terrie Ann Jackson's (**plaintiff**) First Amended Complaint (**FAC**) with prejudice, IT IS ORDERED AND ADJUDGED that plaintiff's FAC is hereby DISMISSED WITH PREJUDICE as to Aurora.

IT IS FURTHER ORDERED that Defendant shall submit any objections to this proposed judgment by December 26, 2012.

IT IS SO ORDERED.

Dated:  December 28, 2012

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE